## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THE UNITED CITY OF YORKVILLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCEAN ATLANTIC SERVICE CORPORATION; )<br>AMERICAN SOUTHERN INSURANCE )<br>COMPANY; and OCEAN ATLANTIC/PFG )<br>WESTBURY, LLC )<br>)<br>Defendants. ) | Case No. 11-CV-01984 |

### RYAN INCORPORATED CENTRAL'S MOTION TO JOIN IN AURORA BLACKTOP INC.'S MEMORANDUM IN OPPOSITION TO AMERICAN SOUTHERN INSURANCE COMPANY'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS TO PRODUCE DOCUMENTS

Third-Party Ryan Incorporated Central ("Ryan"), by and through its attorneys, Jennifer A. Nielsen of Lyman & Nielsen, LLC, hereby respectfully moves this Court to Join in Aurora Blacktop Inc.'s ("Aurora Blacktop") Memorandum in Opposition to American Southern Insurance Company's ("ASIC") Motion to Compel Compliance with Subpoenas to Produce Documents as follows:

1. Ryan is similarly situated to Aurora Blacktop inasmuch as Ryan also provided labor and material to the Westbury East Subdivision project, recorded a claim for mechanics lien in connection with the project and is a party to the mechanics lien foreclosure lawsuit pending in Kendall County, Illinois.

2. Ryan also received and responded to ASIC's subpoena with a response and a privilege log (See attached Exhibits A and B, respectively) and maintains a common interest/joint defense privilege with respect to communication between its attorney and the attorney for the Plaintiff.

3. The legal standard and argument asserted in Aurora Blacktop's Memorandum in Opposition to ASIC Motion to Compel Compliance with Subpoenas to Produce Documents apply with equal force and effect to Ryan. In the interests of judicial economy, Ryan seeks leave to join and adopt Aurora Blacktop's arguments asserted in its Memorandum in lieu of filing its own brief.

WHEREFORE, Third-Party Ryan Incorporated Central requests that this Court enter an Order permitting Ryan Incorporated Central to join in and adopt the Memorandum in Opposition to American Southern Insurance Company's Motion to Compel Compliance with Subpoenas to Produce Documents filed by Aurora Blacktop Inc., deny ASIC's Motion to Compel and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Ryan Incorporated Central**

By: _____
One of Its Attorneys

Jennifer A. Nielsen (Attorney No. 6224821)
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999